14.8

## AFFIRMATION OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

**UNITED STATES DISTRICT COURT**
**STATE OF NEBRASKA, COUNTY OF NEBRASKA**

Index/Case # 8:24-CV-00467-JFB-MDN
Filing Date: December 5, 2024
Court Date:
Client File No.:

Client: JAVITCH LAW OFFICE
Attorney:

*Plaintiff*
ALEJANDRO VALLESILLO, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

vs

*Defendant*
VANGUARD EQUITIES, LLC, A NEW YORK LIMITED LIABILITY COMPANY, AND JEROME CERILLO, AN INDIVIDUAL

_____NIMER ABDERRAHMAN_____, the undersigned, affirms and states that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within:

**Summons in a Civil Action and Complaint**

Upon _____ VANGUARD EQUITIES, LLC _____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 12/07/2024 12:18:00 Attempt at: 1736 EAST 2ND STREET, BROOKLYN, NY 11223 Results: NO ANSWER
Date/Time: 12/10/2024 18:48:00 Attempt at: 1736 EAST 2ND STREET, BROOKLYN, NY 11223 Results: UNKNOWN PER MALE WHITE BROWN 40 5'9 170 YARMULKE

I affirm on this day___December 12, 2024___ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

NIMER ABDERRAHMAN
Lic# 2105973
JobID 2470929

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE