Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorneys for Plaintiffs*
And the putative class

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VANGUARD EQUITIES, LLC, a New York Limited Liability Company, and JEROME CERILLO, an individual,<br><br>Defendants. | Case No.: 8:24-cv-00467-JFB-MDN<br><br>**AFFIDAVIT OF MARK L. JAVITCH IN SUPPORT OF PLAINTIFFS' MOTION TO PERMIT EFFECTUATING SERVICE BY ALTERNATE MEANS** |

I, Mark L. Javitch, hereby declare the following in support of Plaintiff's Motion to permit effectuating service by alternate means:

1. I am an attorney who is duly licensed to practice in the State of California. I am also duly admitted to practice before the District Court of Nebraska.

2. This declaration is based on personal knowledge of the matters set forth herein.

3. I am the attorney of record for Plaintiff and the putative class.

4. On or around October 29, 2024, I searched the New York Secretary of State's website for "Vanguard Equities LLC."

5. Attached as Exhibit A is a true and correct screenshot of that search result.

DECLARATION OF
MARK L. JAVITCH                    1                    8:24-cv-00467-JFB-MDN

6. On December 7, 2024, I hired a process server to serve the summons and complaint in this action to Defendant at the addresses on its website and through its registered agent.

7. Filings No. 6 and 7 are true and correct copies of the affidavits of due diligence of the process servers who I hired.

8. On December 11, 2024, I accessed Defendant's website and saw that their email addresses on their website were admin@vanguardequitiesllc.com and submissions@vanguardequitiesllc.com.

9. Also on December 11, 2024, I emailed the email addresses found on Defendant's website asking for their correct physical address.

10. Attached as Exhibit B is a true and correct copy of that email.

11. As of the date of this filing, I have not received any response from Defendants.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on the date mentioned below in San Mateo County, California.

Dated: December 17, 2024         By: /s/ Mark L. Javitch
                                 Mark L. Javitch