14.8

# AFFIRMATION OF SERVICE

UNITED STATES DISTRICT COURT  
STATE OF NEBRASKA. COUNTY OF NEBRASKA  
JAVITCH LAW OFFICE 3 EAST 3RD AVE. SAN MATEO, CA 94401

Client's File No.: _____  
Index Number: 8:24-CV-00467-JFB-MDN  
Date Filed: December 4, 2025

ALEJANDRO VALLESILLO, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

*Plaintiff*

vs

VANGUARD EQUITIES, LLC, A NEW YORK LIMITED LIABILITY COMPANY, AND JEROME CERILLO, AN INDIVIDUAL

*Defendant*

## SECRETARY OF STATE

**Steve Avery**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **2/4/2025** at **9:00 AM** at 1 Commerce Plaza, Albany, New York 12260 the office of the Secretary Of State, of the State of New York, deponent served 2 true copies of a **ORDER GRANTING LEAVE, SUMMONS IN A CIVIL ACTION AND COMPLAINT**

on **VANGUARD EQUITIES, LLC, A NEW YORK LIMITED LIABILITY COMPANY**  
(Defendant/Respondent)

Said service was effected in the following manner;  
By delivering to an leaving with **COLLEEN BANAHAN** authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service, deponent paid said Secretary of State a fee of $40.00.  
That said service was made pursuant to **303 Limited Liability Company Law**

**Description:**  
Gender: Female   Race/Skin: White   Age: 40   Weight: Over 200 Lbs.   Height: 5ft4in-5ft8in   Hair: Brown   Glasses: No   Other:

I affirm on this day ___February 4, 2025___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Steve Avery  
Server Lic #  
JobID#   2506247

*Inter County Judicial Services, LLC, 6851 Jericho Turnpike, Suite 180, Syosset, NY 11791 LICENSE # 1371771*  
United Process Service