UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VANGUARD EQUITIES, LLC, a New York Limited Liability Company, and JEROME CERILLO, an individual,<br><br>Defendants. | Case No.: 8:24-cv-467-JFB-MDN<br><br>**AFFIDAVIT OF ALEJANDRO VALLESILLO IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT ON VANGUARD EQUITIES LLC** |

I, Alejandro Vallesillo, hereby declare the following in support of Plaintiff's Motion for Default Judgment on Vanguard Equities LLC ("Vanguard"):

1. I am an adult over the age of 18 and I am competent to testify to the matters stated herein.
2. This declaration is based on personal knowledge of the matters set forth herein.
3. I am the Plaintiff in the above captioned lawsuit.
4. On October 2, 2024, at 3:21p.m., I received an unsolicited text message advertising loans from Vanguard.
5. On October 22, 2024, at 3:42p.m., I received an unsolicited text message advertising loans from Vanguard.

6. On November 5, 2024, at 3:44p.m., I received an unsolicited text message advertising loans from Vanguard.

7. On November 20, 2024, at 3:39p.m., I received an unsolicited text message advertising loans from Vanguard.

8. On March 17, 2024, at 12:17p.m., I also received an unsolicited text message advertising loans from Vanguard.

9. On March 17, 2024, at 3:51p.m., I also received an unsolicited text message advertising loans from Vanguard.

10. Attached as Exhibit "A" is an example of one of the texts I received.

11. Prior to receiving these texts, I had never heard of Vanguard, nor did I ever consent to receiving calls from Vanguard.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on the date mentioned below in Omaha, Nebraska.

Dated: _____        By: _____
                                  Alejandro Vallesillo

AFFIDAVIT OF
ALEJANDRO VALLESILLO            2            8:24-cv-467-JFB-MDN