# Exhibit A

+1 707-723-9...

Tuesday • 3:42 PM

Texting with +1 707-723-9037 (SMS/MMS)

Hi its Joe from VE
Following up on our up to 500k offer for NE businesses
*12-48 mo terms same-day approval*
Whats best email to send the app?
DND to opt out