IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME CERILLO, an individual, and VANGUARD EQUITIES, LLC,<br><br>Defendants. | 8:24CV467<br><br>**ORDER DISMISSING PARTY** |

This matter comes before the Court on the plaintiff's Notice of Voluntary Dismissal without Prejudice of Defendant Jerome Cerillo. Filing No. 15. The Court, being fully advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED that Defendant Jerome Cerillo be dismissed without prejudice with each party to bear their own attorneys' fees and costs. This case remains pending against defaulted defendant, Vanguard Equities, LLC.

Dated this 24th day of April, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge