IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO;<br><br>Plaintiff,<br><br>vs.<br><br>VANGUARD EQUITIES, LLC,<br><br>Defaulted Defendant. | 8:24CV467<br><br>**DEFAULT JUDGMENT** |

In accordance with the Memorandum and Order entered on today's date, default judgment is hereby entered in favor of Plaintiff and against Defaulted Defendant, Vanguard Equities, LLC, in the amount of $9,000.

Dated this 8th day of December, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge