**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **VANGUARD EQUITIES, LLC, a New York Limited Liability Company, and JEROME CERILLO, an individual,** <br><br> **Defendants.** | **8:24CV467** <br><br> **ORDER** |

This matter is before the Court on the Motion to Withdraw as Counsel for Plaintiff (Filing No. 23) filed by Mark L. Javitch. On December 8, 2025, the Court entered judgment in favor of Plaintiff and against Defendant Vanguard Equities, LLC in the amount of $9,000, and the case is in post-judgment collection. Plaintiff has discharged Javitch as counsel and intends to proceed pro se. Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel for Plaintiff (Filing No. 23) is granted. Mark L. Javitch is withdrawn as counsel of record for Plaintiff Alejandro Vallesillo. The Clerk is directed to terminate electronic notice to Mr. Javitch in this case.
2. Plaintiff is now proceeding in this matter pro se unless and until new counsel enters an appearance on his behalf. The Clerk of Court shall mail notice of this Order to Plaintiff and update the docket with Plaintiff's contact information as follows:

   Alejandro Vallesillo
   2303 H Street
   Omaha, NE 68107
   avallesillo@gmail.com
   402-804-9335

Dated this 26th day of October, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge